UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>REAL PROPERTY LOCATED AT 1238 W. ROBIN DRIVE, VISALIA, CALIFORNIA, TULARE COUNTY, APN: 090-041-009, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, AND<br><br>REAL PROPERTY LOCATED AT 4088 WEYMOUTH LANE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 049-0310-020, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendants. | Case No.  1:25-cv-00820-JLT-BAM<br><br>ORDER FOR PUBLICATION |

Pursuant to the Application for Publication filed herein, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. That publication be made as follows:

    a. One publication;

    b. Thirty (30) consecutive days;

    c. On the official government forfeiture site www.forfeiture.gov;

1

      d. The publication is to include the following:

          (1) The Court and case number of the action;

          (2) The date of the seizure/posting;

          (3) The identity and/or description of the property seized/posted;

          (4) The name and address of the attorney for the United States;

          (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the United States no later than 60 days after the first day of publication on the official internet government forfeiture site; and

          (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered, and condemnation ordered.

IT IS SO ORDERED.

Dated: **August 12, 2025**      /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE