UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 1238 W. ROBIN DRIVE, VISALIA, CALIFORNIA, TULARE COUNTY, APN: 090-041-009, INCLUDING ALL APPURTENANCES THERETO, AND<br><br>FORTY-TWO SILVER BARS, AND<br><br>TWO HUNDRED SILVER COINS,<br><br>Defendants. | Case No.  1:25-cv-00820-JLT-BAM<br><br>ORDER GRANTING UNITED STATES' REQUEST TO EXTEND DEADLINE TO SUBMIT A JOINT SCHEDULING REPORT AND CONTINUING SCHEDULING CONFERENCE<br><br>(Docs. 12, 13) |

This civil forfeiture action is currently set for a Scheduling Conference on October 7, 2025.  (Doc. 2.)  On September 23, 2025, Plaintiff United States of America filed a request to extend the deadline to file a joint scheduling report from October 7, 2025, to January 9, 2026.  (Doc. 12.)  Plaintiff explains that it filed an amended civil forfeiture complaint *in rem* on August 13, 2025, and sent notice of the forfeiture action to all known potential claimants on September 11, 2025.  (*Id.*)  Additionally, public notice on the official government forfeiture site began on August 26, 2025, and will run for thirty consecutive days.  The last day to file a claim based on

1

publication is October 25, 2025. (*Id.*) Plaintiff indicates that it has sent copies of the complaint documents to known potential claimants, and it is in the process of attempting personal service on two of the known potential claimants, Marvin Charo Collins and Melinda Edwards. Plaintiff asserts that there is good cause for the extension to allow it to complete personal service and to allow noticed potential claimants the opportunity to file their claim and responsive pleadings. (*Id.*)

Having considered the request, and cause appearing, the deadline to file a joint scheduling report is continued to January 29, 2026, and the Scheduling Conference currently set for October 7, 2025, is continued to February 5, 2026, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:  **September 24, 2025**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

2