ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

REAL PROPERTY LOCATED AT 1238 W.
ROBIN DRIVE, VISALIA, CALIFFORNIA,
TULARE COUNTY, APN: 090-041-009,
INCLUDING ALL APPURTENACES AND
IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 4088
WEYMOUTH LANE, SACRAMENTO
COUNTY, APN: 049-0310-0220, INCLUDING
ALL APURTENANCES AND
IMPROVEMENTS THERETO,

FORTY-TWO SILVER BARS, and

THREE HUNDRED TWENTY SILVER
COINS,

      Defendants.

CASE NO.  1:25-CV-00820-JLT-FRS (EPG)

ORDER TO EXTEND THE DEADLINE
TO SUBMIT A JOINT SCHEDULING
REPORT FROM JANUARY 29, 2026, TO
APRIL 23, 2026, AND CONTINUE
SCHEDULING CONFERENCE

Order to Extend the Deadline to Submit a Joint
Scheduling Report from January 29, 2026, to April 24,
2026

**ORDER**

A scheduling conference is currently set in this action for February 5, 2026 at 9:30 AM before Magistrate Judge Erica P. Grosjean.  (Doc. 27.)  A joint scheduling report is due by January 29, 2026.  (Doc. 14.)  On January 22, 2026, Plaintiff submitted a request for an extension to submit the joint scheduling report from January 29, 2026 to April 24, 2026 and continue the scheduling conference.  (Doc. 28.)  Plaintiff reports that it has accomplished notice on all known potential claimants as required by the Supplemental Rules governing forfeiture cases and is otherwise diligently pursuing this action.  (*Id.* at 2.)  Plaintiff states that this extension of time will allow the United States to seek clerk's defaults on any non-appearing parties and permit additional time and a final opportunity for filing of the mandatory claim and responsive pleading in satisfaction of Rule G(5).  (*Id.* at 3.)

Pursuant to the United States' Request to Extend the Deadline to File a Joint Scheduling Report, the Court finds that there is good cause to extend the deadline to file a Joint Scheduling Report from January 29, 2026, to **April 23, 2026**.  Additionally, the scheduling conference is CONTINUED to **April 30, 2026 at 9:00 AM**.

IT IS SO ORDERED.

Dated:   **January 23, 2026**          /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE

2        Order to Extend the Deadline to Submit a Joint
         Scheduling Report from January 29, 2026, to April 24,
         2026