IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>GOLD NECKLACE WITH DIAMOND "COLD BOY" PENDANT,<br><br>GOLD NECKLACE WITH DIAMOND MICHAEL JORDAN "IN MY BAG" PENDANT,<br><br>FOUR SILVER BARS,<br><br>TWENTY-NINE MISCELLANEOUS GOLD AND SILVER COINS,<br><br>        Defendants. | CASE NO.  1:25-CV-00820-JLT-FRS (EPG)<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT SCHEDULING REPORT FROM FEBRUARY 12, 2026, TO APRIL 23, 2026, AND CONTINUE SCHEDULING CONFERENCE |

1

Pursuant to the United States' Request to Extend the Deadline to File a Joint Scheduling Report and Continue the February 19, 2026 Scheduling Conference (Doc. 14), the Court finds that there is good cause to do so and hereby ORDERS:

1. The deadline to file a Joint Scheduling Report from February 12, 2026, to **April 23, 2026**; and

2. The Scheduling Conference currently set for February 19, 2026 at 9:00 AM is continued to **April 30, 2026 at 8:30 AM in Courtroom 8**.

IT IS SO ORDERED.

Dated:    **February 13, 2026**            /s/ _Erica P. Grosjean_
                                    UNITED STATES MAGISTRATE JUDGE

2    Order to Extend the Deadline to Submit a Joint Scheduling Report from February 12, 2026, to April 23, 2026