UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>REAL PROPERTY LOCATED AT 1238 W. ROBIN DRIVE, VISALIA, CALIFORNIA, TULARE COUNTY, APN: 090-041-009, et al.,<br><br>           Defendants. | Case No.  1:25-cv-00820-JLT-FJS<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT SCHEDULING REPORT AND TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 44) |

On April 14, 2026, Plaintiff United States of America filed a request for extension to the deadline to submit a Joint Scheduling Report from April 23, 2026, to July 22, 2026, and to continue the Scheduling Conference set for April 30, 2026. (ECF No. 44.) Accordingly, pursuant to the United States' request (ECF No. 44), the Court finds that there is good cause to do so and HEREBY ORDERS:

1. The deadline to file a Joint Scheduling Report currently set for April 23, 2026, is continued to July 22, 2026; and

2. The Scheduling Conference currently set for April 30, 2026, at 9:00 AM is continued to July 29, 2026 at 9:00 AM in Courtroom 8.

IT IS SO ORDERED.

Dated:    **April 17, 2026**

_____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE