UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

REAL PROPERTY LOCATED AT 1238 W. ROBIN DRIVE, VISALIA, CALIFORNIA, TULARE COUNTY, APN: 090-041-009, et al.,

Defendants.

Case No. 1:25-cv-00820-JLT-FJS

ORDER TO CONTINUE SCHEDULING CONFERENCE

On February 26, 2026, Claimant Marvin Charo Collins moved to dismiss this case alleging various constitutional protections. (ECF No. 35.) The United States filed a motion striking Mr. Collins' various pleadings and opposed the motion to dismiss. (ECF Nos. 39, 40.) Those motions are presently pending before the court. Due to the current status of this case, the SCHEDULING CONFERENCE currently set for July 29, 2026, is continued to November 24, 2026, at 10:00 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **July 22, 2026**

UNITED STATES MAGISTRATE JUDGE