UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

REAL PROPERTY LOCATED AT 1238 W. ROBIN DRIVE, VISALIA, CALIFORNIA, TULARE COUNTY, APN: 090-041-009, et al.,

Defendants.

Case No. 1:25-cv-00820-JLT-FJS

ORDER DENYING AS MOOT THE UNITED STATES' REQUEST TO EXTEND DEADLINE TO SUBMIT A JOINT SCHEDULING REPORT

(ECF No. 48)

On July 22, 2026, the United States filed a request to extend deadline to submit a joint scheduling report from July 22, 2026, to November 4, 2026. (ECF No. 48.) Prior to this request, the court had ordered the scheduling conference set for July 29, 2026, continued to <u>November 24, 2026</u>, with the joint scheduling report to be filed seven (7) days prior to the conference. (ECF No. 47.) Accordingly, the parties' joint scheduling report is no longer due on July 22, 2026, and the court DENIES AS MOOT the United States' request for an extension.

IT IS SO ORDERED.

Dated: **July 23, 2026**

UNITED STATES MAGISTRATE JUDGE