UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 1238 W. ROBIN DRIVE, VISALIA, CALIFORNIA, TULARE COUNTY, APN: 090-041-009, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 4088 WEYMOUTH LANE, SACRAMENTO COUNTY, APN:049-0310-020, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>FORTY-TWO SILVER BARS, and<br><br>THREE HUNDRED TWENTY SILVER COINS,<br><br>Defendant. | Case No. 1:25-cv-00820-JLT-FJS<br><br>ORDER RE: UNITED STATES OF AMERICA'S REQUEST TO EXTEND THE DEADLINE TO SUBMIT JOINT SCHEDULING REPORT<br><br>(ECF No. 52)<br><br>ORDER CONTINUING THE NOVEMBER 23, 2026, SCHEDULING CONFERENCE |

On November 17, 2026, Plaintiff the United States of America filed its request to extend the deadline to file a joint scheduling report. (*See* ECF No. 52). The United States of America seeks to continue the November 23, 2026, scheduling conference so that it may move for default against all known parties who have not appeared in this action. (*Id.* at 3.) Prior to the filing of the instant request, the United States has met and conferred with the sole remaining claimant, Melinda Edward. Ms. Edward has indicated that the continuance will allow her sufficient time to obtain counsel in this matter. (*Id.*)

Because the requested continuance is likely to conserve judicial resources, the SCHEDULING CONFERENCE currently set for November 23, 2026, is HEREBY CONTINUED to February 23, 2027, at 9:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a Joint Scheduling Report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **November 18, 2026**

UNITED STATES MAGISTRATE JUDGE